| Case No: | 19-13159 | JPS | Judge: JESSICA PRICE SMITH | Trustee Name: | ALAN J. TREINISH, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ADAMS, LASHAY D. | | | Date Filed (f) or Converted (c): | 05/21/19 (f) |
| | | | | 341(a) Meeting Date: | 06/25/19 |
| For Period Ending: 06/26/19 | | | | Claims Bar Date: | APPLIED FOR |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2016 HONDA CIVIC (LIENS: HONDA FINANCIAL $19,053 T<br>  2016 Honda Civic (Liens: Honda Financial $19,053 To retain and pay) mileage: 45,000 | 15,000.00 | 1.00 | | 0.00 | 1.00 |
| 2. 2003 TOYOTA CAMRY (LIEN LOANMAX $6,000 TO SURRENDE<br>  2003 Toyota Camry (Lien Loanmax $6,000 To surrender) mileage: 170,000 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS. NO SINGLE ITEM HA<br>  Household goods and furnishings. No single item has a value in excess of $575. | 180.00 | 0.00 | | 0.00 | FA |
| 4. TELEVISION(S), VCR(S), COMPUTER(S),CELL PHONE(S) E<br>  Television(s), VCR(s), computer(s),cell phone(s) ect... No single item has a value in excess of $575. | 400.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING - MISC<br>  Clothing - misc | 100.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY - MISC<br>  Jewelry - misc | 50.00 | 0.00 | | 0.00 | FA |
| 7. CASH ON HAND<br>  Cash on hand | 5.00 | 0.00 | | 0.00 | FA |
| 8. KEY BANK OVERDRAFTED<br>  Key Bank Overdrafted | 0.00 | 0.00 | | 0.00 | FA |
| 9. STOFFE CREDIT UNION<br>  Stoffe Credit Union | 0.25 | 0.00 | | 0.00 | FA |
| 10. NESTLE USA<br>  Nestle USA | 5,000.00 | 0.00 | | 0.00 | FA |
| 11. ALVAREZ, YILDA (LANDLORD)<br>  Alvarez, Yilda (landlord) | 700.00 | 0.00 | | 0.00 | FA |
| 12. 2019 FEDERAL AND STATE TAX REFUNDSPORTIONS OF THE<br>  2019 Federal and State Tax RefundsPortions of the Federal Tax Refund, if any, attributable to earned income credit and/or additional child tax | Unknown | 0.00 | | 0.00 | FA |

| Case No: | 19-13159 JPS Judge: JESSICA PRICE SMITH | Trustee Name: | ALAN J. TREINISH, TRUSTEE |
|---|---|---|---|
| Case Name: | ADAMS, LASHAY D. | Date Filed (f) or Converted (c): | 05/21/19 (f) |
| | | 341(a) Meeting Date: | 06/25/19 |
| | | Claims Bar Date: | APPLIED FOR |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| care credit are being claimed as 100% exempt. Portions of the tax refund not attributable to earned income and/or child tax credits may be subject to to other exemptions which are yet to be determined | | | | | |
| 13. PREFERENCE TO BARCLAYS | 1,010.00 | 1.00 | | 0.00 | 1.00 |
| 14. POSSIBLE PI CLAIM (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $23,445.25     $3.00     $0.00     $3.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/26/20     Current Projected Date of Final Report (TFR): 06/26/20

    /s/     ALAN J. TREINISH, TRUSTEE
_____ Date: 06/26/19
    ALAN J. TREINISH, TRUSTEE